Received & Returned (5/22/2015)

United States District Court Middle District of Florida

Tampa Division

2015 FEB 25 AM 10:54 AD

Plaintiff, Ronald Preston Cook

1120 Virginia Ave. Palm Harbor, FL 34683 C: 727 249 9971 H: 727-789-1934

rcookdesign@tampabay.rr.comb

8:15-CV-402-T-36TGW

Defendant, United States Federal Government, VETERANS ADMINISTRATION

Complaint and Demand for a Tort Court Date.

2-25-2015

2015 JUN -5 AM 10:33

FILED

I am requesting a court date in order to present my claim of medical malpractice for irreversible brain damage caused to me by the VA at Bay Pines that facility is now called CW Bill Young Medical Center. I am a 100% service connected total and permanent disabled veteran. I believe I am owed my day in court.

I have contracted permanent damage to my nervous system called Tardive dyskinesia and akathisia with Parkinson's disease overtones causing movement this brain damage has happened because of misuse of neuroleptic drugs administered to me for too long of a time by the VA staff At Bay Pines. They were not familiar with the likelihood of the far greater risk of permanent side effects, involuntary movements, when giving multiple neuroleptic medications to a person with bipolar disorder, and they knew I have bipolar disorder.

I started go to the VA medical center in 2000 and in December 2001 I was



TPA-28584
$400

diagnosed with Bi-Polar disorder and serious PTSD caused by combat in Vietnam. My chief complains were nightmares, flashbacks, depression, and years of incomplete sleep were taking a major toll on my life. Three months later on March 13 of 2002 I was started on a regiment of neuroleptic medications by Physiatrist Dr. Dajani I was started with two neuroleptic medications GABAPENTIN and TRIAZADON, April 29, 2002 one more neuroleptic drug called, RISBERDONE was added. October 31, 2002 a fourth neuroleptic medication called SERTALINE was added, June 15, 2006 a fifth neuroleptic medication called BUPROPION was added to the mix, in 2008 Bernadette Ackerman ARNP psychiatric nurse practitioner became my new mental health provider. In February 21, 2008 a sixth neuroleptic drug called ALPROZOLM was added, November 14, 2008 a seventh neuroleptic drug called ABILIFY was added, August 26, 2009 an eight neuroleptic drug called EFFEXOR was added, October 12, 2010 a ninth neuroleptic drug called PRAZOSIN was added, on October 10, 2010 another neuroleptic drug called DIVALOPREX was added. The dosages of these medications had continued to increase over the years of taking the drugs, November 10, 2010 Dr. Tan took me off Abilify in a period of 18 days, The drug manufacturer recommends a minimum of eight weeks to wean off this drug because of the dangerous side effects of doing it faster, and the likelihood of movement disorders with a shorter weaning off time. During the period of time that I was taking all of these neuroleptic medications the strength of these drugs was also being increased. I was so overmedicated at this time I was in no condition to realize the stupidity of this excessive amount of

medication, The medication had made my depression worse and their answer to this seemed to be give him more medication.

Numerous medical guideline sources state that a patient may be prescribed 3 neuroleptic medications and in rare cases 5 might be prescribed. In no medical recommendation sources is more than 5 neuroleptic drugs ever recommended, any more than 5 is considered dangerous and unreasonable.

Included in this package is a chart showing dates, drug, names and dosages, it makes it easier to see the big picture.

I was never informed or warned of the very serious side effects that can come from these medications and nowhere in the 4000 pages of my medical progress notes can one of these informed consents about these medications be found. and Florida law is very specific about the level of responsibility of the facility that is prescribing these medications to inform the patient of the potential devastating side effects that can come from neuroleptic medications. Included in this package is a copy of Florida statute number 766.103. Federal government guidelines and state guidelines are in agreement with each other.

January 2011 my mouth started to move, and I couldn't control my tongue it kept poking in and out I brought this to the attention of my doctors,

they told me that I had developed a bad habit, and I needed to stop doing it, I tried very hard to control that bad habit. My doctors didn't know that this was the beginning symptoms of Tardive dyskinesia, they should have, it continued to get worse and then it went to my muscles, they were moving and I had severe itching, I thought it would drive me crazy none of them seemed to know what was going on, they decided to take me off Alprazolam it didn't help, my stomach muscles started moving my arms and legs were flailing all over the place I had no control of them plus the itching was the worst part, I thought the itching and severe burning of my skin would drive me crazy. None of my doctors new what the problem was other than they were guessing that it might be medication related.

I called Bernadette Ackerman, and said somebody has to do something for me this is driving me crazy the movements are one thing but the itching, and burning, I cannot do it anymore. She said I'm sorry I don't know what to do for you, she suggested, I go to the emergency room and maybe that will start to get you some attention, July 14, 2011 I did go to the emergency room, I was itching and my skin was burning, areas of my body were red and those were the areas that burned the most, we could see those areas traveling and as it traveled those were the areas that were burning, my arms and legs were flailing all over the place and after being there for several hours they said they had no idea how to help me, they took a medical history but, I went home with no answers.

July 31, 2011 I had a meeting with Bernadette Ackerman, psychiatrist Dr. Sinaikin, and the pharmacist Dan Justino, but none of them knew what the problem was, the only idea that they came up with was they thought maybe it was because psychiatrist Dr. Tan had taken me off Abilify to quickly, but they were not sure.

August 2011 two of my doctors, Dr. Dunnagan my primary, and Dr. Sinakin my physiatrist, signed the paperwork to send me to the Mayo Clinic because they needed a diagnosis on this condition I have because they didn't know how to treat it, and it was getting worse. I was so uncomfortable I didn't feel like I could do this much longer, and I was looking forward to going to the Mayo Clinic and getting a diagnosis, the paperwork was all signed, and then it went to a doctor Reed at the Bay Pines VA, and he said no. I was so frustrated and so were my doctors. I was back to square one. THAT WAS DENIAL OF RESONABLE MEDICAL PRACTICE.

Bernadette got me an appointment with a neurologist /psychiatrist Dr. Zesiewicz an expert on movement disorders she works at the University of Tampa, and works at the Tampa VA on Wednesdays so I had an appointment with her, but I did not see her until November 30, 2011 which was three months later.

November 30, 2011, I finally did go to the Tampa VA and met with neurologist/psychiatrist Dr. Zesiewicz, she did say that I had Tardive dyskinesia, she said it is not real common but some people do have the severe itching and burning as a part of their conditions, she started me on some medications to help calm down the movements and itching. She said it was caused by neuroleptic medications which were given to me for too long, and too many, and I wasn't weaned off them slowly enough, and the fact that I am bipolar was pretty much a guarantee that this would happen to me. She said this was 100% UNNECESSARY AND 100% PREVENTABLE. She also said that if when the first signs of this disorder showed up and treatment had been started right away it could have completely changed the outcome, it is possible that it could have gone away with treatment and time, but an 11 months delay in diagnosis and start of treatment pretty much would make it permanent for the rest of my life. The Bay Pines VA was negligent on every level. She said there was absolutely no excuse for them to not know this is too many drugs and not recognize the first symptoms of a movement disorder.

Within the next few months she added more names of conditions connected with the Tardive dyskinesia, she also mentioned akathisia and Parkinson disease overtones. By the end of October 2012 she had named several other conditions that can be connected with Tardive dyskinesia, and in my case the are.

She has told me all of these conditions are permanent, and I should consider this my new normal. This is a devastating realization. As you get older it makes this worse because the natural aging of the body causes weakness combined with all of these symptoms it has changed my life forever.

1. Tardive dyskinesia: involuntary repetitive muscle movement- twisting - jerking.
2. Akathisia: causes restlessness - aggravation -frantic feelings.
3. Blepharospasm dyskinesia; causes squinting of the eyes my left eye doesn't want to stay open,
sometimes it takes a real effort to keep it open.
4. Oromandibular dystonia: causes forceful contractions of the face.
5. Orobuccal dyskinesia: mouth and tongue movements.
6. Bradykinesia: causes slow body movements - muscle rigidity - shuffling movement when walking.
7. Parkinsonism: sometimes called Parkinson overtones: frequently accompanies tardive dyskinesia, for me this causes vibration in my arms and my hands and my fingers, I would describe it as an internal vibration when my doctor holds my hands she can feel it.
8. Neuropathy: testing has showed that the nerves to my legs and the lower parts of my arms are COMPLETELY DEAD. My neurologist Dr. Hoffman has said this is also caused by the misuse of neuroleptic medications. I have three neurologists in Tampa who are together trying to get a full diagnosis of what-this will mean for me, it can be deadly.

9. I have another condition called Syringomelia, fluid inside the spinal column, this is not caused by medications but the parkinsonism part of this causes my inside muscles to squeeze my spinal column causing me a lot of added pain.

My Neurologists want me to walk with a walker for my safety because my balance has been compromised and I have fallen a few times. I hate the fact that I need it, but thanks to the VA incompetence, I now need to walk with a walker. That is part of my new normal.

My neurologists are at the Tampa VA because none of the neurologists at Bay Pines at that time were qualified to diagnose, understand or treat my conditions.

Since I started taking all of these medications I've had a cancerous kidney removed in 2006, the large amounts of neuroleptic medications were not looked at or reduced because I now only had one kidney. Now I have to take new medications that I otherwise wouldn't have needed to take if it wasn't for the incompetence of my medical care providers at the VA.

I have been fighting for years to become myself the self that I was before the Army drafted me and sent me to Vietnam. It destroyed my life, and I've been fighting to get myself back for 47 years. I went to a new type of counseling called steps of life at the VA they taught me how to deal with being bipolar, and PTSD, I think it's a wonderful program I went five days a week for several

months, I believe it was a very helpful program for me. I don't believe I could have focused on that program if I had not already been removed from the neuroleptic medications. At the end of all of this I am 69 years old I am just starting to get my life in order, and now I have to deal with a whole new condition caused by the VA the fact that I have to deal with this for the rest of my life is DISAPPOINTING AND DISGUSTING.

One of the things I have most looked forward to getting back into my life is drawing and painting for my own pleasure, I feel like I have been getting closer to that place, but now because of this new condition the Parkinson's overtones part of it I have trouble even holding onto a pencil, my hands tremble so badly I cannot draw a straight line, my handwriting is a mess this condition has taken away all of my fine motor skills which has been always the most important thing in my life, and the one thing I could always depend on. This has been stolen from me because of INCOMPETENCE.

Other ways in which this incompetence has changed my life... my hands tremble so much I have trouble eating soup from a spoon, holding onto a pencil or fastening my buttons, getting my phone out of my pocket, getting my keys into the ignition, getting my keys into the front door of my house, trying to hold onto a screw that is trembling, holding onto a screwdriver with the other hand that is also trembling, trying to get the two together and screwing the screw in has become impossible. The new medications to control some of the movements caused me to lose a lot of my hair.

One of the really life-changing conditions that comes with this is aggravation, everything aggravates me, trying to get my silverware out of a napkin in a restaurant got me so aggravated and frantic that I almost knocked everything off the table, trying to climb a ladder, trying to get the ladder standing up straight, trying to get my clothes on, my wife has to fasten my small buttons, all kinds of sounds, noises, all kinds of things aggravate me that never did before, my grandchildren who I love with all of my heart the sound of them drives me crazy, this aggravation is all part of my new normal. This is life-changing.

My facial movements are constant, my tongue is constantly moving, my eyes twitch most of the time my mouth is always chewing, my lips make strange movements, my tongue is always moving, this causes problems with my dentures, the movements cause me to bite the inside of my mouth constantly, my bottom lip is very often painful and sometimes infected because of the constant wetting from my tongue movements. I make grunting sounds because my breathing is labored particularly when I eat this is very embarrassing. I have no trouble thinking the words that I want to say, but sometimes I have a lot of trouble getting them past my tongue the Parkinsonism part of this makes your tongue thicker. It takes a very long time to eat. People have trouble understanding what I am trying to say at times. When I drink anything from a glass it has a tendency to drizzle out of the sides of my mouth. I poke myself in the lips with my fork because of the combination of mouth movements and hand tremors. My shoulder muscles move up and down this is very annoying and tiring. I have trouble with my breathing all of the time it feels like it's an effort and

it causes me to grunt. This condition also causes urgency in urination.

The most devastating condition of all to me is the trembling in my fingers, all of my life I have been an artist I was a senior art director for Mattel toys at one time. Now I cannot draw or paint. My handwriting is illegible some days. This has crushed my soul. After all the counseling I have been through one of my main goals is getting back to my art mentally I feel like I could do that now, but physically the VA's negligence has ended this for me.

I was a boat designer and builder the last 30 years I was strong, coordinated, with a good sense of balance, I had a quickness of motion, agility and good physical endurance, I trusted my physical ability with heights. Sailing is my passion I could run around boat like a monkey, now I don't have any of these physical attributes thanks to the negligence of the VA.

Parkinsonism causes fatigue to set in fast, I walk at a snail's pace, and I can't stand up straight. My wife says she has watched me age 20 years in the last 3 1/2 years. I can't separate the pages in a book without a great deal of difficulty this is so aggravating to me. Shaving is so tiring, my arm is exhausted I have to shave in three stages, This has all made me feel physically feeble, old, embarrassed, frustrated, scared, when your doctors can't figure out what is wrong with you and they all agree that you need to go to the Mayo Clinic, and you feel your life depends on this diagnosis because you are so scared about what might be going on with you, and somebody turns that down, somebody who never even had the courtesy to meet you,

that is devastating, another un-necessary incompetent burden. I was diagnosed with a new problem, I have been telling my doctors about the fact that sometimes I feel like I am walking on grease or ice, they ran a test called EMG attends three, this test discovered that the Small nerves into my legs are dead completely dead, that is called neuropathy this is a devastating diagnosis for me, I will be having more tests to find out how extensive the damage is. Dr. Hoffman my neurologist at the Tampa VA said this can only be caused by one thing it's the overuse of the neuroleptic drugs. It can sometimes be caused by being diabetic or being an alcoholic. I am not diabetic and I have never been an alcoholic, since I started taking neuroleptic drugs I have never had one sip of alcohol, never.

Dr. Hoffman told me that Parkinsonism which is causing me a lot of my symptoms is almost always caused by neuroleptic drugs. He said on occasion Parkinsonism can be caused by severe injury to the back of the head. So severe you would need to be hospitalized because that injury causes brain damage, and that never happened to me.

Dr. Hoffman told me that he and the two other neurologists that he is consulting with at the Tampa VA are going to put their heads together, and find some solutions to get me some relief in dealing with some of my symptoms... He said this is just too much for any one person to deal with, he said that alone is unhealthy.

I can't begin to tell you how disappointing this whole situation is, I'm angry, frustrated, mentally and physically, it's painful, is aggravating, and I have to face the fact that it could increase in intensity. I have to live with this for the rest of my life, and it was 100% UNNECESSARY,100% MALPRACTICE.

I am placing my VA claim at $5 million. It is very difficult to put a price on the destruction of your health and the devastation to your life. The pain, the fear, the disappointment and the uncertainty of my future.

I don't anticipate any reason why it should not be very obvious this is negligence, it is malpractice, and it is incompetence, and it is unforgivable.

The doctor at Tampa VA medical center that gave me my Tardive dyskinesia diagnosis on November 30, 2011 is a nationally recognized expert on movement disorders. Theresa Zesiewicz ... Is a neurologist / psychiatrist. She has a nonprofit research Organization at USF across the street from the Tampa VA she has very impressive credentials.

In the summer of 2013 after dealing with all of these conditions for year and a half and being off all neuroleptic medications my head cleared up and I realized what had happened to me and how devastating it is. My last 10 years of trying to get help for PTSD from the VA had turned into 10 years of time lost because of my medication induced fog. And devastating damage to my brain that has changed who I am both physically and mentally and has left me with disappointment, anguish, fear and a tremendous feeling of loss has caused me to come to the conclusion that I needed to make a claim. I turned in a claim form and a completely descriptive package of my claim. November 14, 2013

two weeks before my two-year statute of limitations was up. The claim that I sent was very clear to understand it was very complete. The only thing missing was the claim form asked for a letter from your attending physician but doctors at the VA know it could cost them their job if they give any letter to a patient particularly if it helps them with a claim, so a letter from my physicians was not included. I sent in copies of the VA's progress notes. Which backed up my claim in their own words. When I received the denial letter that came as an answer to that claim it was very clear it was just a standard form and not one of my complaints was addressed.

I decided to contact an attorney and take my claim to court. I did find an attorney and his office believed they would not need to go to court my medical records showed in detail all the same issues that I had made in my claim, they believed it would be settled out of court and that the VA had absolutely no defense for the malpractice that had occurred. That attorney's office got copies of all of my medical records all 4000 pages of them went over them with a fine tooth comb and turned in a letter of reconsideration back into the regional office. I have included a copy of that letter of reconsideration please read that letter all the information in that letter was taken from my medical records by the Lawyers office that was handling my claim for that short period of time. About a month later when my attorney received a denial letter from the government attorney who would be handling the case. Dated September 4, 2013 That denial letter implied that I should have known in January 2011 or at the very latest in April 2011 that I had a medical condition that I should've understood, I should've

known it was permanent, I should've diagnosed it myself. It was not until November 30 of 2011 that I did get a diagnosis of the condition. I have included a copy of that denial letter. Reading the VA progress notes on my health for 2011 will make it completely clear that none of the doctors at Bay Pines or the emergency room were able to give a diagnosis and there is nothing in my background that indicates I have any kind of education that would allow me to make a neurological diagnosis on myself or anybody else. The state and federal guidelines states that the patient is not expected to diagnose themselves .I have included a copy of the statute of limitations that makes this perfectly clear.

My lawyer's response to that rejection letter from the government attorney caused him to make the decision to not continue with my case he made that decision within one day of receiving that denial letter. The only thing I can conclude from that is that he was so sure that this was a case that was easy to settle because he did not believe that the VA had any defense for this. But the government lawyer had put him on notice that she was not going to allow it to be that easy, so he folded.

Pam the intake specialist at this lawyer's office was so upset with that lawyer's decision that she put all of her notes in a folder and mailed them to me in order to be helpful to me. I started making calls to find a new attorney I had a lot of conversations but no commitment to take my case. I was told by several attorney offices that the government attorney who made the statement about the statute of limitations knew what she was doing.

Even though she was incorrect she was probably very aware that she was throwing down the gauntlet to the lawyers. I have been told another problem that was created for me by this lawyer dropping out is when I talk to other attorneys they Will hesitate because another attorney dropped my case. Time is another big factor in my finding an attorney in time to handle my case so I have decided to apply for my own court date. I would like the opportunity to prove my case I have documentation for all of it. I have until March 4, 2015 to do that.

I have been through a lot I have suffered with PTSD since I was 21 years old. I went to the VA bay Pines to get some help and I ended up being injured severely due to malpractice and incompetence. I am 69 years old and I have been dealing with the effects of PTSD and now the permanent effects of a physical condition caused by damage to my brain. That was caused by the very people who were hired to help me. I have been dealing with this for a total of 48 years. This should have been an easy settlement but it was not and I do deserve my day in court.

Thank you for your consideration Ronald P. Cook

Ronald Preston Cook

1120 Virginia Ave. Palm Harbor, Florida 34683

C: 727-249-9971, H: 727-789-1934 rcookdesign@tampabay.rr.com

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DR NABIL DAJANI PSYCHIATRIST | | | | | | BERNADETTE ACKERMAN ARNP | | | | |
| 1. GABAPENTIN | | 3/13/02 300mg 600mg | | | | 4/3/06 1200mg | | | | 1/24/10 800mg | July 2011 STARTED WEANING OFF | |
| 2. RISBERDONE | | 4/29/02 5mg 6/4/02 1mg | | | | | | 7/31/08 2mg | 10/14/09 WEANING OFF | | | |
| 3. TRIAZADON | | 3/13/02 100mg | | 10/29/04 150mg | 2/31/05 200mg | 9/22/06 600mg | | | 9/2/09 300mg | | 12/2011 STARTED WEANING OFF | |
| 4. SERTALINE | | 10/31/02 50mg | 3/31/03 75mg 10/28/03 100mg | 5/19/04 150mg | 6/10/05 200mg | 8/05 200mg | | | 3/19/09 200mg 7/23/09 100mg | | JAN 2011 STARTED WEANING OFF | |
| 5. BUPROPION | | | | | | 6/15/06 100mg | | | | | 8/27/11 STARTED WEANING OFF | |
| 6. ALPRAZOLM | | | | | | | | 2/21/08 .25mg | | | 2011 STARTED WEANING OFF | 1.5mg BACK ON |
| ABILIFY 7. ARIPIRAZOLE | | | | | | | | 11/14/08 5mg 4/21/08 10mg | 7/9/09 20mg | 11/18/10 15mg-2WK 11/29/11 10mg | WEANED OFF IN 15 DAYS DR. TAN | |
| 8. EFFEXOR | | | | | | | | | 8/26/09 75mg | 5/6/10 150mg 8/6/10 225mg | 6/24/11 150mg 7/2/11 75mg 7/24/11 37.5mg | |
| 9. PRAZOSIN | | | | | | | | | TAN | 10/12/10 1mg 12/16/10 2mg | 3/8/11 STARTED WEANING OFF | |
| 10. DIVALOPREX | | | | | | | | | DR. TAN → | 10/10 250mg 11/17/10 750mg | 10/11 STARTED WEANING OFF | 2/22/12 500mg BACK ON |
| | | | | | | | | | | | | |
| # OF NEUROLEPTIC MEDS AT THE SAME TIME | | 4 | 4 | 4 | 4 | 5 | 5 | 7 | 8 | 9 | 8 | 2 |
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |